The Honorable Robert J. Bryan

1

2

3

4

5

6

7

8

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10  NANCY GUTHRIE, individually and on behalf of all others similarly situated;

11                      Plaintiff,

12      v.

13  MENU FOODS, a foreign corporation,

14                      Defendant.

15

No.  CV 07-5205 RJB

CERTIFICATE OF SERVICE

16      I, Cheryl Lee, say:

17      I hereby certify that on May 7, 2007, I electronically filed the Stipulation and

18  (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this

19  Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via

20  electronic service, these documents to the following:

21

22      Steve W. Berman                      Michael David Myers
        Hagens Berman  Sobol Shapiro LLP      Myers & Company
23      1301 Fifth Avenue, Suite 2900        1809 Seventh Avenue, Suite 700
        Seattle, WA  98101                   Seattle, WA  98101
24      steve@hbsslaw.com                    mmyers@myers-company.com

25

26

CERTIFICATE OF SERVICE - CV 07-5205 RJB - 1

GARDNER  BOND  TRABOLSI PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

1    DATED this 7th of May, 2007, at Seattle, Washington.

2

3                                            /s/ Cheryl Lee_____
                                          Cheryl Lee
4                                          Legal Assistant to Jeffrey T. Kestle

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CERTIFICATE OF SERVICE – CV 07-5205 RJB - 2

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318